

The following constitutes the ruling of the court and has the force and effect therein described.

*Michelle V. Larson*

**Signed August 5, 2024**

_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **GLORIA FAYE WILSON** | § | **CASE NO: 24-31238-MVL-13** |
| | § | |
| | § | **CHAPTER: 13** |
| **DEBTOR** | § | |

### ORDER ON DEBTOR'S MOTION
### TO REINSTATE FOR THE SOLE PURPOSE OF CONVERTING

CAME ON BEFORE THE COURT, Debtor's Motion to Reinstate for the Sole Purpose of Converting to a Chapter 7 Bankruptcy and having considered its merits the Court finds that good cause exists, and the motion should be granted. It is therefore:

**ORDERED, ADJUDGED, DECREED,** that Debtor's Chapter 13, case number **24-31238,** be reinstated to the Court's active docket for the sole purpose of converting to a Chapter 7 bankruptcy.

**IT IS FURTHER ORDERED,** the Debtor shall file a Notice of Conversion to Chapter 7 within 7 calendar days from the date this order is entered.

###END OF ORDER###