Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                    CASE NO:  24-31238-MVL-13
GLORIA FAYE WILSON
          DEBTOR

## NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Thomas D. Powers, Chapter 13 Trustee has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered . The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT , 1100 COMMERCE, ROOM 12- DALLAS, TEXAS, 75242-1496 and is available for review at **https://ecf.txnb.uscourts.gov/**.  A summary of the report is as follows:

| | |
|---|---|
| Petition Date | Apr 29, 2024 |
| Confirmation Date | NA |
| Disposition | converted |
| Date Closed | Aug 08, 2024 |
| # of Months Case was Pending | 4 |
| Amt of unsecured claims discharged without payment * | $0.00 |
| | |
| Total Paid by or on behalf of Debtor | $1,680.00 |
| Less amount Refunded to Debtor | $5.00 |
| **Net Receipts** | **$1,675.00** |

| | **Principal** | **Interest** |
|---|---|---|
| Total Secured Disbursements | $1,004.00 | $0.00 |
| Total Priority Disbursements | $0.00 | $0.00 |
| General Unsecured Disbursements | $0.00 | $0.00 |
| | | |
| Expenses of Administration ** | $671.00 | |
| Disbursements to Creditors | $1,004.00 | |
| **Total Disbursements** | **$1,675.00** | |

* THE INFORMATION REFLECTED IN THE FINAL REPORT AS TO THE DISCHARGE OF CLAIMS IS NOT INTEND RENDER AN OPINION AS TO WHETHER ANY SPECIFIC DEBT IS, OR IS NOT, DISCHARGED.  ONLY THE COURT ISSUE AN ORDER DETERMINING THE DISCHARGEABILITY OF ANY DEBT OR DEBTS .

** Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

 Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated .

Dated:  09/05/2024                                                       /s/ Thomas D. Powers
                                                                        Standing Chapter 13 Trustee
                                                                        By:  Jolene Harris