

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

*Michelle V. Larson*

**Signed November 5, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GLORIA WILSON | ) | CASE NO. 24-31238 |
| Debtor | ) | |
| | ) | |
| CREDIT UNION OF TEXAS | ) | |
| Movant | ) | |
| | ) | Hearing Date: November 5, 2024 |
| vs. | ) | Hearing Time: 1:30 p.m. |
| | ) | |
| GLORIA WILSON | ) | |
| Debtor/Respondent | ) | |

## ORDER MODIFYING AUTOMATIC STAY

ON THIS DAY, the Motion for Relief from the Automatic Stay brought on behalf of CREDIT UNION OF TEXAS. came before the Court for hearing and determination. Movant appeared by and through its attorney of record and all other parties in interest, including the Debtor, although properly notified of the Motion filed, made default. The Court is of the opinion that the relief requested in the Motion presented should be granted and it is, therefore,

ORDERED, that the Automatic Stay in effect in this case be, and the same is hereby

modified to permit CREDIT UNION OF TEXAS to foreclose upon, take possession of, and resell the

One (1) 2016 Ford Edge, VIN 2FMPK3J99GBB91753 applying the proceeds of sale to

the loan balances secured thereby.

 IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is waived and that this Order may be enforced immediately.

 All other relief requested, not specifically granted herein, is denied.

###End of Order###

Prepared by:
Tom W. Sharp
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)
Attorneys for Credit Union of Texas